```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/12/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

SARA MARTINEZ,

                           Plaintiff,

        -against-

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION
(NYCHHC), ET AL.,

                        Defendants.

-----------------------------------------------------------x

15-cv-515 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Parties are hereby **ORDERED** to file a joint status report updating the Court on the status of this case on or before **May 29, 2020**.

**SO ORDERED.**

Dated:       **May 12, 2020**
                **New York, New York**

_____
**HON. ANDREW L. CARTER, JR.**
    United States District Judge

1