```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  10/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SARA MARTINEZ,

                               Plaintiff,

         -against-

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION
(NYCHHC), ET AL.,

                              Defendants.
-------------------------------------------------------------x

15-cv-515 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**Dated:**      **October 16, 2020**
                **New York, New York**

                                                        _____
                                                        **HON. ANDREW L. CARTER, JR.**
                                                          United States District Judge